



T (212) 218-3507

www.seyfarth.com

February 25, 2020

**VIA ECF**
Hon. Analisa Torres
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Griffith v. Metropolitan Transit Authority - New York City Transit et al.*,
              Case No. 1:19-cv-06234

Dear Judge Torres:

      We represent Defendants New York City Transit Authority (incorrectly named in the caption as Metropolitan Transit Authority - New York City Transit) and Jesse Wright Seder (collectively, "NYCTA") in this matter. Pursuant to Rule I(C) of your Individual Practices in Civil Cases, we respectfully request an adjournment of the Initial Conference, currently scheduled for April 16, 2020 (*see* ECF No. 26). The reason for this request is that the undersigned will be unavailable due to religious observance of the Passover holiday. Plaintiff consents to this request.

      There have been no previous requests for adjournments of a conference in this matter, and the adjournment would not affect any other scheduled dates. Counsel propose the following alternative dates upon which counsel are available to appear: April 22, April 23, April 24, April 27, April 29 and April 30.

      Thank you for your consideration.

                                                                 Respectfully submitted,

                                                                 */s/ Gena B. Usenheimer*

                                                                  Gena B. Usenheimer

GRANTED. The initial pretrial conference scheduled for April 16, 2020 is ADJOURNED to **April 23, 2020**, at **10:40 a.m.** By **April 16, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 25, 2020
       New York, New York

                                   **ANALISA TORRES**
                                   United States District Judge