USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/17/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDETTE GRIFFITH,

                Plaintiff,

-against-

METROPOLITAN TRANSIT AUTHORITY-
NEW YORK CITY TRANSIT, and JESSE
WRIGHT SEDER, individually,

                Defendants.

19 Civ. 6234 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    An initial pretrial conference is scheduled in this action for April 23, 2020, at 10:40 a.m. The conference will proceed in accordance with the Court's Emergency Rules and Practices in light of COVID-19. Accordingly, it is ORDERED that at 10:40 a.m. on April 23, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign.

    SO ORDERED.

Dated: April 17, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge