USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CLAUDETTE GRIFFIFTH,

                    Plaintiff,

    -against-

METROPOLITAN TRANSIT AUTHORITY, et al.,

                    Defendants.

-------------------------------------------------------------X

19-cv-6234 (AT) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement: ECF No. 36.). Given that Defendant's motion for summary judgment was denied in part, a case management telephone conference is hereby scheduled for Tuesday, May 31, 2022 at 2:00 p.m. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.

    **SO ORDERED.**

Dated: New York, New York
        March 23, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge