```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CLAUDETTE GRIFFITH,

                        Plaintiff,

        -against-

METROPOLITAN TRANSIT AUTHORITY-
NEW YORK CITY TRANSIT, and JESSE
WRIGHT SEDER, individually,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/8/2022_

19 Civ. 6234 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendants' motion for reconsideration. ECF No. 93. Accordingly,

1. By **May 4, 2022**, Plaintiff shall file her opposition papers; and
2. By **May 18, 2022**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: April 8, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge