```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CLAUDETTE GRIFFIFTH,

                      Plaintiff,                    **19-cv-6234 (AT) (KHP)**

      -against-                                    **ORDER**

METROPOLITAN TRANSIT AUTHORITY, et al.,

                      Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed at the May 31, 2022 case management conference, the parties shall file a joint letter by Thursday, June 30, 2022, stating whether the parties want to schedule a settlement conference before the undersigned.

      **SO ORDERED.**

Dated: New York, New York
       June 1, 2022

                                                                                 _____
                                                                                 KATHARINE H. PARKER
                                                                                 United States Magistrate Judge